JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>vs.<br><br>G.S., a minor, by and through his guardian *ad litem*, Dennis Moore, CARLOS LLILES and GABRIELA LLILES,<br><br>                    Defendants. | Case No. 5:15-cv-00951-CAS-KKx<br><br>**[PROPOSED] JUDGMENT AGAINST G.S., A MINOR, BY AND THROUGH HIS GUARDIAN *AD LITEM*, DENNIS MOORE**<br><br>Date:     April 4, 2016<br>Time:    10:00 a.m.<br>Courtroom 5<br>Hon. Christina A. Snyder<br><br>First Amended Complaint Filed: July 29, 2015 |

## **[PROPOSED] JUDGMENT**

The Court having granted Plaintiff Liberty Mutual Fire Insurance Company's ("Liberty's") Motion for Entry of Default Judgment Against G.S., by and through his guardian *ad litem*, Dennis Moore, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is hereby entered in favor of Liberty and against Defendant G.S., by and through his guardian

-1-

*ad litem*, Dennis Moore.  Liberty has no duty to defend or indemnify Carlos Lliles or Gabriella Lliles, or to pay any portion of their defense costs, in the action entitled *G.S., a minor, by and through his guardian ad litem, Dennis Moore v. County of San Bernardino, Olive Crest Foster Family Agency, Gabriella Lliles, Carlos Lliles and Does 1 through 100*, in the Superior Court for the State of California, County of San Bernardino, Case No. CIVDS1413882 (the "Underlying Action").  Liberty is entitled to immediately withdraw from the defense of Carlos Lliles and Gabriela Lliles in the Underlying Action.

Dated: July 11, 2016

*/s/ Christina A. Snyder*
HON. CHRISTINA A. SNYDER
U.S. DISTRICT COURT JUDGE